IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| SARAH MERCER, | * | |
| Plaintiff, | * | |
| v. | * | CV 616-115 |
| CREDIT ONE BANK, N.A., | * | |
| Defendant. | * | |

**O R D E R**

Presently before the Court is the parties' consent motion to stay pending arbitration. (Doc. 7.) Upon consideration, the Court **GRANTS** the parties' motion, and this matter shall be **STAYED** pending arbitration. The parties are **DIRECTED** to file either a stipulation of dismissal or a joint status report within in **ninety days from the date of this Order**.

**ORDER ENTERED** at Augusta, Georgia this 30th day of September, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA