IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| SARAH MERCER, | * | |
| Plaintiff, | * | |
| v. | * | CV 616-115 |
| CREDIT ONE BANK, N.A., | * | |
| Defendant. | * | |

**O R D E R**

On September 20, 2016, the Court stayed this case while the parties pursued arbitration. (Doc. 8.) On December 16, 2016, the parties filed a joint status report stating that they had participated in a preliminary hearing in early December. (Doc. 9.) The parties are now instructed to file a second joint status report updating the Court on the parties' progress **within thirty days from the date of this order.** In their status report, the parties should inform the Court about when they anticipate completing the arbitration and closing this case.

**ORDER ENTERED** at Augusta, Georgia this 10th day of March, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA