IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

SARAH MERCER,

    Plaintiff,

v.

CREDIT ONE BANK, N.A.,

    Defendant.

CV 616-115

**O R D E R**

The Court stayed this case in September 2016 while the parties pursued arbitration. (Doc. 9.) In their most recent status report, the parties informed the Court that they are set to confer with the arbitrator by June 15, 2017, about scheduling an evidentiary hearing. (Doc. 11.) The parties are **ORDERED** to file a joint status report by **June 30, 2017,** updating the Court about the arbitration schedule.

**ORDER ENTERED** at Augusta, Georgia this 3rd day of May, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA