IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| SARAH MERCER, | * | |
| Plaintiff, | * | |
| v. | * | CV 616-115 |
| CREDIT ONE BANK, N.A., | * | |
| Defendant. | * | |

**O R D E R**

On June 2, 2017, the parties informed the Court that they had settled this case. (Doc. 13.) But they have not yet filed a stipulation of dismissal. Within **14 days** from the date of this order, the parties must file either a stipulation of dismissal or a status report explaining why they have not filed a stipulation of dismissal.

**ORDER ENTERED** at Augusta, Georgia this _24th_ day of July, 2017.

_____
CHIEF JUDGE J. RANDAL HALL
UNITED STATES DISTRICT COURT
~~SOUTH~~ERN DISTRICT OF GEORGIA