IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
SARAH MERCER,              *
                           *
     Plaintiff,            *
                           *
v.                         *
                           *    CV 616-115
CREDIT ONE BANK, N.A.,     *
                           *
     Defendant.            *
                           *
```

**O R D E R**

Currently before the Court is the parties' stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 16.) This case is therefore **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **CLOSE** this case. The parties will bear their own costs and fees.

**ORDER ENTERED** at Augusta, Georgia this 24th day of August, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA